|  | CLERK'S MINUTE SHEET<br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION) | | |
|---|---|---|---|
|  | BEFORE THE HONORABLE BRADLEY W. RATH | | |
|  | INITIAL APPEARANCE/ARRAIGNMENT | | |
| Case Number: | 1:24-cr-00083-TBM-BWR | UNITED STATES vs. Surla | |
| Hearing Date: | 8/6/2024 | Time In and Out: | 2:30 pm to 2:42 pm |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Tyler Surla | Defendant's Counsel: | Leilani Tynes |
| AUSA: | Lee Smith | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSMs: | Sam Britt/Kathleen Patrick/BJ Nix |
| CSO: | Tom Bishop |  |  |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant waives reading of the Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Discovery Order entered |
| ☒ | Order Regarding Brady Disclosures acknowledged |
| ☒ | Trial Date: September 30, 2024 before District Judge Taylor B. McNeel |

| Custody Status | | |
|---|---|---|
| ☒ | Government seeking detention. Defendant requesting Detention Hearing. | |
| ☒ | Defendant detained pending hearing | Detention Hearing set for 8/12/2024 at 1:30 pm |
| ☐ | Defendant waives detention hearing. | |
| ☐ | Conditions | |

| Other | |
|---|---|
| ☐ |  |