# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Tyler Surla<br><br>*Defendant* | )<br>)  Case No. 1:24cr83TBM-BWR<br>)<br>)<br>)  **RECEIVED**<br>)  By US MARSHALS at 12:44 pm, Aug 01, 2024<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyler Surla (wherever found)           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of any visual depiction of a minor engaging in sexually explicit conduct.

Date: 07/31/2024

City and state: Gulfport, MS

ARTHUR JOHNSTON, CLERK

*P. Stokes* (signature)
*Issuing officer's signature*

P. Stokes, Deputy Clerk
*Printed name and title*

FILED AUG 1 2 2024 ARTHUR JOHNSTON BY _____ DEPUTY

### Return

This warrant was received on *(date)* 8/1/24, and the person was arrested on *(date)* 8/5/24
at *(city and state)* Gulfport, MS.

Date: 8/6/24

*(signature)*  For FBI
*Arresting officer's signature*

J. Patrick   DUSM
*Printed name and title*