# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

### BEFORE THE HONORABLE BRADLEY W. RATH

### DETENTION HEARING

| | | | |
|---|---|---|---|
| Case Number: | 1:24-cr-00083-TBM-BWR | UNITED STATES vs. Surla | |
| Hearing Date: | 8/12/2024 | Time In and Out: | 2:18 pm to 3:09 pm |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Tyler Surla | Defendant's Counsel: | Jeffrey Pierce |
| AUSA: | Lee Smith | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSMs: | Justun Patrick/Sam Britt/BJ Nix |
| CSO: | Tom Bishop | | |

**Testimony and Evidence Presented on Behalf of the Government:**

- ☒ Witnesses: Special Agent, FBI Hilliary Ladner
- ☒ Exhibits: G-1 Pretrial Services Report (Under Seal)

**Testimony and Evidence Presented on Behalf of Defendant**

- ☒ Witnesses: Lizzett Cantellano; Todd Surla, Sr.
- ☐ Exhibits:

**Custody Status**

| | | |
|---|---|---|
| ☐ | Defendant waived detention hearing | |
| ☒ | Defendant remanded to custody of United States Marshal's Service | Order of Detention entered |
| ☐ | Defendant released on bond. | $25,000 Unsecured Appearance bond |
| ☐ | Conditions of release imposed | Order Setting Conditions of Release entered |

**Other**

☐