

PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 1:24-cr-00083-TBM-BWR

TYLER SURLA
(wherever found)

The Clerk of said Court will issue summons returnable on September 4, 2024, at 9:30 a.m., before Honorable Robert P. Myers, Jr., United States Magistrate Judge at Gulfport, Mississippi, an indictment against the above-named defendant having been filed in the above-entitled cause on August 28, 2024.

This 28 day of August 2024.

TODD W. GEE
United States Attorney

By: _____
Lee Smith
Assistant U. S. Attorney
MSB # 106061

Summons issued: _____

(FBI/LS)