IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Case No. 1:24-cr-83-TBM-BWR |
| | § | |
| TYLER SURLA | § | |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW SEAN BUCKLEY, ATTORNEY, and files this his Notice of Attorney Appearance as Lead Counsel on behalf of the Defendant, Tyler Surla.

Respectfully submitted,

LAW OFFICES OF SEAN BUCKLEY, PLLC

/s/ Sean Buckley
Sean Buckley
Mississippi Bar No. 106541
912 Convent Ave. Ste. 18
Pascagoula, Mississippi 39567
TEL: (228) 933-4411
Sean@SeanBuckleyLaw.com

## **CERTIFICATE OF SERVICE**

I certify that I provided a copy of this Notice of Appearance to AUSA Lee Smith and all parties via the ECF system on this the 3rd day of September 2024.

/s/ Sean Buckley
Sean Buckley