# IN THE UNITED STATES DISTRICT COURT
# FOR THIS SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| TYLER SURLA ) | 1:24-cr-00083-TBM-BWR |
| ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Jeffrey G. Pierce, Attorney for the Defendant, TYLER SURLA, and files this his Motion to Withdraw. The Defendant has hired counsel who has entered an appearance in this case.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests this Court grant the Motion to Withdraw as Counsel.

RESPECTFULLY SUBMITTED, this the 3rd day of September, 2024.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645
1629 Government Street
Ocean Springs, MS 39564
228.875.3715T
601.766.9108F
jeffrey.piercelaw@gmail.com

CERTIFICATE OF SERVICE

    I, Jeffrey G. Pierce, do hereby certify that I have sent a copy of the motion to all counsel by way of the Court's electronic noticing service.

    This the 3rd day of September, 2024.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645
