# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance/Arraignment

| | | | |
|---|---|---|---|
| Case Number: | **1:24-cr-00083-TBM-BWR** | UNITED STATES vs. **Surla** | |
| Hearing Date: | 9/4/2024 | Time In and Out: | 10:17 AM to 10:23 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Tyler Surla** | Defendant's Counsel: | Sean Buckley |
| AUSA: | Lee Smith | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSM(s): | Brad Nix/Sam Britt |
| CSO: | Elfren Acosta | | |

**PROCEEDINGS**

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant waives reading of the Superseding Indictment
- ☒ Defendant enters a Not Guilty plea
- ☐ Discovery Order entered
- ☒ Trial Date: September 30, 2024 before U.S. District Judge Taylor B. McNeel.

**Custody Status**

- ☒ Detention Order entered 8/12/2024. Defendant remanded to the custody of the U.S. Marshals pending further order of the Court.
- ☐ Defendant detained pending hearing.
- ☐ Defendant waives detention hearing.
- ☐ Conditions

**Other**

- ☒ Defendant executed a Waiver of Court Appointed Counsel.