AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
By US Marshals Service at 1:02 pm, Aug 28, 2024

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

USMS# 28834-511

| United States of America | ) |
| --- | --- |
| v. | ) |
| Tyler Surla | ) |
| (wherever found) | ) Case No. 1:24cr83 TBM-BWR |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>2012 15th St.<br>Gulfport, MS 39501 | Courtroom No.: G-881 |
| --- | --- |
| | Date and Time: 09/04/2024 9:30 am |

This offense is briefly described as follows:

Possession of any Visual Depiction of a Minor Engaging in Sexually Explicity Conduct
Production of Images of Minors Engaging in Sexually Explicit Conduct

Date: 08/28/2024

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*
J. Hough, Deputy Clerk
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 19 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 9/4/24

*Server's signature*

J. Padrick
*Printed name and title*