SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 5 2025
ARTHUR JOHNSTON
BY                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL CASE: 1:24-cr-00083-TBM-BWR

TYLER SURLA

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on this the 5th day of June, 2025.

_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE