IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:24cr83-TBM-BWR

TYLER SURLA

## MOTION TO EXTEND CHANGE OF PLEA DEADLINE

COMES NOW the defendant, Tyler Surla, and respectfully moves the Court to extend the change of plea deadline currently scheduled for September 16, 2025, until September 19, 2025, for the following reason.

I.

On June 5, 2025, the Federal Public Defender was appointed as counsel for Mr. Surla. Trial in this matter is set for the calendar beginning October 6, 2025, with a pretrial conference on September 23, 2025, and a change of plea notification deadline on September 16, 2025.

II.

Counsel needs additional time to meet with Mr. Surla regarding his case. The undersigned counsel is scheduled to start trial on September 15, 2025, in the matter of *United States v. Stefen Day Rowold*, Criminal Number 1:24cr87-HSO-RPM, in Gulfport, Mississippi. For the foregoing reasons, the undersigned respectfully requests that the change of plea notification deadline be extended until September 19, 2025.

III.

The United States does not oppose the Defendant's request for an extension, and the Defendant submits that the requested extension will serve the ends of justice and is not sought for purposes of delay.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that his

motion be granted and that the change of plea deadline currently scheduled for September 16, 2025, be extended until September 19, 2025.

Respectfully submitted this the 12th day of September 2025.

                          TYLER SURLA, Defendant

By: */s/Leilani L. Tynes*
Leilani L. Tynes, MB #100074
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS   39501
Phone: (228) 865-1202
Fax:    (228) 867-1907
Email: leilani_tynes@fd.org

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Leilani L. Tynes, do hereby certify that I have this day electronically filed the foregoing Motion with the Clerk of the Court using the ECF system, which sent notification of such filing to the Assistant United States Attorney Lee Smith.

This the 12th day of September 2025.

*/s/Leilani L. Tynes*
Assistant Federal Public Defender