IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24cr83-TBM-BWR-1

TYLER SURLA

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the undersigned, Leilani L. Tynes, Assistant Federal Public Defender, and moves the Court for an order allowing her to withdraw as attorney of record for the defendant, TYLER SURLA, for the reasons set forth below.

I.

On June 5, 2025, the office of the Federal Public Defender was appointed to represent Mr. Surla in the above-referenced case. Trial is scheduled for the calendar beginning December 1, 2025, with a pretrial conference on November 18, 2025, and a change of plea notification deadline on November 12, 2025.

II.

On September 18, 2025, the undersigned counsel received a letter from Mr. Surla terminating her representation of him in this matter. Counsel met with Mr. Surla to discuss this matter and he has advised that he wished to terminate the services of the Federal Public Defender's Office, and have another attorney appointed to represent him. The undersigned believes that Mr. Surla is dissatisfied with counsel and representation of the Federal Public Defender's Office, and it is in the best interest of all parties that Mr. Surla be allowed to proceed with new counsel.

III.

As it is Mr. Surla's wish to terminate the services of the Federal Public Defender's Office, the undersigned requests that she be allowed to withdraw from his representation and, further, as Mr. Surla is indigent, requests that the Court appoint panel counsel to represent him.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel respectfully requests that she be allowed to withdraw as attorney of record for the defendant and that panel counsel be appointed to represent him.

Respectfully submitted this the 24th day of September 2025.

        Omodare B. Jupiter
        Federal Public Defender

By:    */s/Leilani L. Tynes*
        Leilani L. Tynes, MB #100074
        Assistant Federal Public Defender
        Southern District of Mississippi
        2510 14th Street, Suite 902
        Gulfport, MS   39501
        Phone: (228) 865-1202
        Fax:     (228) 867-1907
        Email: leilani_tynes@fd.org
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Leilani L. Tynes, do hereby certify that I have this day electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record. I will mail a true and correct copy of the foregoing Motion to Withdraw as Attorney of Record to the Defendant, Tyler Surla, at his address of record.

This the 24th day of September 2025.

*/s/Leilani L. Tynes*
Assistant Federal Public Defender
